## NICOLE ANN THIBODEAU *v.* DESIGN GROUP ONE ARCHITECTS, LLC

The defendant's petition for certification for appeal from the Appellate Court, 64 Conn. App. 573 (AC 20724), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that there exists a public policy in Connecticut that forbids an employer of fewer than three employees from terminating an at-will employee on the basis of pregnancy?"

KATZ, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16593.

*Julia B. Morris,* in support of the petition.

*Gary E. Phelan* and *Elaine Rubinson,* in opposition.